## W.R. ASHCRAFT, Petitioner,

v.

## Donald E. LOOKADOO, Respondent.

No. 97–0920.

Supreme Court of Texas.

April 2, 1998.

Gary M. Pridavka, Dallas, for Petitioner.

Gregory A. Whittmore, Dallas, for Respondent.

### OPINION

PER CURIAM.

In denying this petition for review, the Court neither approves nor disapproves of the court of appeals' discussion of whether the assignment of a promissory note also operated as an assignment of a guaranty of that note. See 952 S.W.2d 907, 911–13. The petition for review is denied.